UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. SILER,

                Plaintiff,

-against-

OFFICER PEPETO MUNROE, et al.,

                Defendants.

**ORDER**

20-CV-05794 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held an Initial Pretrial Telephone Conference on February 24, 2022. Plaintiff, proceeding *pro se*, and counsel for Defendants Lopez and Walden, appeared.

    As stated on the record, Plaintiff's motion to dismiss Defendants' Answer to the Amended Complaint (Doc. 58) is denied, as the request is not permitted by the Federal Rules of Civil Procedure. Should Plaintiff wish to engage in a settlement dialogue with counsel for Defendants, he may initiate the process by making a written settlement demand to counsel. Plaintiff is reminded that, as the Court should not be involved in any settlement discussions, he should not send copies of his written settlement demand or related correspondence on the docket.

    The Civil Case Discovery Plan and Scheduling Order discussed during the conference shall be docketed separately.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated:   White Plains, New York
            February 24, 2022

_____
PHILIP M. HALPERN
United States District Judge