UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL D. SILER,                             **ORDER**

        Plaintiff,                   20-CV-05794 (PMH)

v.

OFFICER EDWIN LOPEZ and OFFICER J. WALDEN,

        Defendants,
-----------------------------------------------------------X

    Plaintiff *pro se* and counsel for Defendants appeared on October 27, 2022 at 10:30 a.m. by telephone for a case management conference. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: White Plains, New York
       October 27, 2022

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge