UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL D. SILER,

                Plaintiff,                20 **CIVIL** 5794 (PMH)

      -against-                    **JUDGMENT**

OFFICER J. WALDEN and OFFICER
EDWIN LOPEZ,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 7, 2023, Defendants' motion for summary judgment is GRANTED and Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           June 7, 2023

                                                **RUBY J. KRAJICK**

                                                _____
                                                **Clerk of Court**

                       **BY:**

                                                _____
                                                **Deputy Clerk**